IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-11886 |
| | : | |
| SEDEF GULSAN | : | |
| GALIP GULSAN | : | |
| Debtors | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

> BY:  /s/ Kelly L. Eberle
> Kelly L. Eberle, Esquire
> Attorney I.D. # 306591
> Attorney for Bucks County Tax Claim Bureau
> P.O. Box 215
> Perkasie, PA  18944
> (215) 257-6811