**Atmaca LLC**
**665 High Street**
**NJ 08016**

Sedef Gulsan
23 White Spruce Lane
Levittown, PA 19054

| Employee Pay Stub | Check number: | | | Pay Period: 02/26/2024 - 03/03/2024 | Pay Date: 03/08/24 |
|---|---|---|---|---|---|

**Employee** — SSN
Sedef Gulsan, 23 White Spruce Lane, Levittown, PA 19054 — ***-**-5362

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 65.00 | 2,080.00 | 2,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.87 | -0.87 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.87 | -1.87 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -301.00 | -301.00 |
| Social Security Employee | -128.96 | -128.96 |
| Medicare Employee | -30.16 | -30.16 |
| NJ - Withholding | -100.98 | -100.98 |
| NJ - Disability | 0.00 | 0.00 |
| NJ - Unemployment | -7.96 | -7.96 |
|  | -571.80 | -571.80 |

| Net Pay | 1,508.20 | 1,508.20 |
|---|---|---|

| Sick Time | Accrued | Used |
|---|---|---|
| Current | 0:48 | 0:00 |
| YTD | 0:48 | |

Scanned with CamScanner

**Atmaca LLC**
665 High Street
NJ 08016

Sedef Gulsan
23 White Spruce Lane
Levittown, PA 19054

| Employee Pay Stub | Check number: | | | Pay Period: 03/04/2024 - 03/10/2024 | Pay Date: 03/15/2024 |
|---|---|---|---|---|---|

**Employee**
Sedef Gulsan, 23 White Spruce Lane, Levittown, PA 19054

**SSN**
***-**-5362

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 65.00 | 2,080.00 | 4,160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.88 | -1.75 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.87 | -3.74 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -301.00 | -602.00 |
| Social Security Employee | -128.96 | -257.92 |
| Medicare Employee | -30.16 | -60.32 |
| NJ - Withholding | -100.98 | -201.96 |
| NJ - Disability | 0.00 | 0.00 |
| NJ - Unemployment | -7.95 | -15.91 |
| | -571.80 | -1,143.60 |

| Net Pay | 1,508.20 | 3,016.40 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 40:00 |
| YTD | 0:48 | | |

Atmaca LLC, 665 High Street, NJ 08016

Atmaca LLC
665 High Street
NJ 08016

Sedef Gulsan
23 White Spruce Lane
Levittown, PA 19054

| Employee Pay Stub | Check number: | Pay Period: 03/11/2024 - 03/17/2024 | Pay Date: 03/22/2024 |
|---|---|---|---|

**Employee**
Sedef Gulsan, 23 White Spruce Lane, Levittown, PA 19054

**SSN**
***-**-5362

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 65.00 | 2,080.00 | 6,240.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.87 | -2.62 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.88 | -5.62 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -301.00 | -903.00 |
| Social Security Employee | -128.96 | -386.88 |
| Medicare Employee | -30.16 | -90.48 |
| NJ - Withholding | -100.98 | -302.94 |
| NJ - Disability | 0.00 | 0.00 |
| NJ - Unemployment | -7.96 | -23.87 |
|  | -571.81 | -1,715.41 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 40:00 |
| YTD | 0:48 | | |

**Net Pay**   1,508.19   4,524.59

Atmaca LLC, 665 High Street, NJ 08016