# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**  02/09/2024 - Biweekly

**Federal EIN** 91-1223280  Costco Wholesale Corporation

| Name | GALIP GULSAN | Payroll Area | US | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 23 WHITE SPURCE LN | Pay Period | 01/22/2024 | 02/04/2024 | Federal | FED | Ma. Joint. | 00 | 0.00 |
| | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver | Primary State | NJ | Married | 02 | 0.00 |
| | | Location | 00000175 | | Secondary State | PA | Married | 02 | 0.00 |
| Employee # | 06441052 - (Hourly) | Pay Date | 02/09/2024 | | Local | PA7K | Single | 02 | 0.00 |
| Job Title | CLASS A DRIVER | | | | | | | | |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked**  82.67    **Base Rate**  $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 64.00 | $1,952.00 | 176.00 | $5,312.00 |
| Holiday Pay | | | | 16.00 | $472.00 |
| Overtime | $45.75 | 1.47 | $67.26 | 3.89 | $177.98 |
| Sunday Premium Pay | $45.75 | 16.00 | $732.00 | 48.00 | $2,172.00 |
| Sunday Overtime | $45.75 | 1.20 | $54.90 | 2.48 | $111.54 |
| Emp Non-Tax Reimburse | | | | | $75.00 |
| **Total Current Payments** | | 82.67 | **$2,806.16** | 246.37 | **$8,320.52** |
| **Total Payments** | | 82.67 | **$2,806.16** | 246.37 | **$8,320.52** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $112.25 | $329.83 |
| FT EE Aetna Select | $80.00 | $240.00 |
| Network Dental | $12.00 | $36.00 |
| **Total Pre Tax Deductions** | **$204.25** | **$605.83** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal  FED** | | | | |
| TX Withholding Tax | $2,606.17 | $160.05 | $7,651.87 | $460.15 |
| TX EE Social Security Tax | $2,718.42 | $168.55 | $7,981.70 | $494.87 |
| TX EE Medicare Tax | $2,718.42 | $39.41 | $7,981.70 | $115.73 |
| **New Jersey  NJ** | | | | |
| TX EE Unemployment Tax | $2,810.42 | $10.75 | $8,257.70 | $31.59 |
| TX EE Workforce Devlpmt T | $2,810.42 | $1.19 | $8,257.70 | $3.51 |
| TX EE Disability Tax | $2,810.42 | | $8,257.70 | |
| TX EE Family Leave Insur | | $2.53 | | $7.43 |
| **Pennsylvania  PA** | | | | |
| TX Withholding Tax | $2,714.16 | $83.32 | $7,969.52 | $244.66 |
| **Bristol Township  PA7K** | | | | |
| TX Withholding Tax | $2,714.16 | $13.57 | $7,969.52 | $39.84 |
| **Total Taxes** | | **$479.37** | | **$1,397.78** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| **Total After Tax Deductions** | | **$65.00** |
| **Net Payment** | **$2,122.54** | **$6,251.91** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $12.18 |
| **Total Other Benefits** | **$4.26** | **$12.18** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 60.72 | 3.19 | | 63.91 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,806.16 | | $204.25 | | $479.37 | | | | $2,122.54 |
| YTD | $8,320.52 | | $605.83 | | $1,397.78 | | $65.00 | | $6,251.91 |
| Hours(Extra Check Eligibility) | 6964.61 | | | | | | | | |
| Hours Until Next Goal Raise | 885.61 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $106.13 | |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $424.51 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,591.90 | |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**    02/23/2024 - Biweekly

**Federal EIN**  91-1223280  Costco Wholesale Corporation

| Name | GALIP GULSAN | Payroll Area | US | Biweekly |
|---|---|---|---|---|
| Address | 23 WHITE SPURCE LN | Pay Period | 02/05/2024 | 02/18/2024 |
|  | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver |
|  |  | Location | 00000175 |  |
| Employee # | 06441052 - (Hourly) | Pay Date | 02/23/2024 |  |
| Job Title | CLASS A DRIVER |  |  |  |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Ma. Joint. | 00 | 0.00 |
| Primary State | NJ | Married | 02 | 0.00 |
| Secondary State | PA | Married | 02 | 0.00 |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked**  75.60    **Base Rate**  $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 56.00 | $1,708.00 | 232.00 | $7,020.00 |
| Holiday Pay | $30.50 | 8.00 | $244.00 | 24.00 | $716.00 |
| Overtime | $45.75 | 3.37 | $154.18 | 7.26 | $332.16 |
| Sunday Premium Pay | $45.75 | 16.00 | $732.00 | 64.00 | $2,904.00 |
| Sunday Overtime | $45.75 | 0.23 | $10.52 | 2.71 | $122.06 |
| Emp Non-Tax Reimburse |  |  |  |  | $75.00 |
| **Total Current Payments** |  | 83.60 | **$2,848.70** | 329.97 | **$11,169.22** |
| **Total Payments** |  | 83.60 | **$2,848.70** | 329.97 | **$11,169.22** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $113.95 | $443.78 |
| FT EE Aetna Select | $80.00 | $320.00 |
| Network Dental | $12.00 | $48.00 |
| **Total Pre Tax Deductions** | **$205.95** | **$811.78** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal    FED** |  |  |  |  |
| TX Withholding Tax | $2,647.01 | $164.95 | $10,298.88 | $625.10 |
| TX EE Social Security Tax | $2,760.96 | $171.17 | $10,742.66 | $666.04 |
| TX EE Medicare Tax | $2,760.96 | $40.04 | $10,742.66 | $155.77 |
| **New Jersey    NJ** |  |  |  |  |
| TX EE Unemployment Tax | $2,852.96 | $10.91 | $11,110.66 | $42.50 |
| TX EE Workforce Devlpmt T | $2,852.96 | $1.21 | $11,110.66 | $4.72 |
| TX EE Disability Tax | $2,852.96 |  | $11,110.66 |  |
| TX EE Family Leave Insur |  | $2.57 |  | $10.00 |
| **Pennsylvania    PA** |  |  |  |  |
| TX Withholding Tax | $2,756.70 | $84.63 | $10,726.22 | $329.29 |
| **Bristol Township    PA7K** |  |  |  |  |
| TX Withholding Tax | $2,756.70 | $13.78 | $10,726.22 | $53.62 |
| **Total Taxes** |  | **$489.26** |  | **$1,887.04** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving |  | $65.00 |
| **Total After Tax Deductions** |  | **$65.00** |
| **Net Payment** | **$2,153.49** | **$8,405.40** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $16.44 |
| **Total Other Benefits** | **$4.26** | **$16.44** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 0.00 | 8.00 |  | 8.00 |
| Sick Time | 22.06 |  |  | 22.06 |
| Sick and Personal | 63.91 | 3.21 |  | 67.12 |
| Vacation | 0.00 | 40.00 |  | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,848.70 |  | $205.95 |  | $489.26 |  |  |  | $2,153.49 |
| YTD | $11,169.22 |  | $811.78 |  | $1,887.04 |  | $65.00 |  | $8,405.40 |
| Hours(Extra Check Eligibility) | 6881.01 |  |  |  |  |  |  |  |  |
| Hours Until Next Goal Raise | 802.01 |  |  |  |  |  |  |  |  |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $107.67 |  |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $430.70 |  |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,615.12 |  |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**  03/08/2024  - Biweekly

**Federal EIN** 91-1223280  Costco Wholesale Corporation

| Name | GALIP GULSAN | Payroll Area | US | Biweekly |
|---|---|---|---|---|
| Address | 23 WHITE SPURCE LN | Pay Period | 02/19/2024 | 03/03/2024 |
|  | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver |
|  |  | Location | 00000175 |  |
| Employee # | 06441052 - (Hourly) | Pay Date | 03/08/2024 |  |
| Job Title | CLASS A DRIVER |  |  |  |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Ma. Joint. | 00 | 0.00 |
| Primary State | NJ | Married | 02 | 0.00 |
| Secondary State | PA | Married | 02 | 0.00 |
| Local | PA7K | Single | 02 | 0.00 |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked**  81.47    **Base Rate**  $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 64.00 | $1,952.00 | 296.00 | $8,972.00 |
| Holiday Pay |  |  |  | 24.00 | $716.00 |
| Overtime | $45.75 | 0.02 | $0.92 | 7.28 | $333.08 |
| Sunday Premium Pay | $45.75 | 16.00 | $732.00 | 80.00 | $3,636.00 |
| Sunday Overtime | $45.75 | 1.45 | $66.34 | 4.16 | $188.40 |
| Emp Non-Tax Reimburse |  |  |  |  | $75.00 |
| **Total Current Payments** |  | 81.47 | **$2,751.26** | 411.44 | **$13,920.48** |
| **Total Payments** |  | 81.47 | **$2,751.26** | 411.44 | **$13,920.48** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $137.56 | $581.34 |
| FT EE Aetna Select | $80.00 | $400.00 |
| Network Dental | $12.00 | $60.00 |
| **Total Pre Tax Deductions** | **$229.56** | **$1,041.34** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal        FED |  |  |  |  |
| TX Withholding Tax | $2,525.96 | $150.42 | $12,824.84 | $775.52 |
| TX EE Social Security Tax | $2,663.52 | $165.14 | $13,406.18 | $831.18 |
| TX EE Medicare Tax | $2,663.52 | $38.62 | $13,406.18 | $194.39 |
| New Jersey     NJ |  |  |  |  |
| TX EE Unemployment Tax | $2,755.52 | $10.54 | $13,866.18 | $53.04 |
| TX EE Workforce Devlpmt T | $2,755.52 | $1.17 | $13,866.18 | $5.89 |
| TX EE Disability Tax | $2,755.52 |  | $13,866.18 |  |
| TX EE Family Leave Insur |  | $2.48 |  | $12.48 |
| Pennsylvania   PA |  |  |  |  |
| TX Withholding Tax | $2,659.26 | $81.64 | $13,385.48 | $410.93 |
| Bristol Township   PA7K |  |  |  |  |
| TX Withholding Tax | $2,659.26 | $13.30 | $13,385.48 | $66.92 |
| **Total Taxes** |  | **$463.31** |  | **$2,350.35** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving |  | $65.00 |
| Orders | $275.13 | $275.13 |
| **Total After Tax Deductions** | **$275.13** | **$340.13** |
| **Net Payment** | **$1,783.26** | **$10,188.66** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $20.70 |
| **Total Other Benefits** | **$4.26** | **$20.70** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 |  |  | 8.00 |
| Sick Time | 22.06 |  |  | 22.06 |
| Sick and Personal | 67.12 | 3.16 |  | 70.28 |
| Vacation | 40.00 |  |  | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,751.26 |  | $229.56 |  | $463.31 |  | $275.13 |  | $1,783.26 |
| YTD | $13,920.48 |  | $1,041.34 |  | $2,350.35 |  | $340.13 |  | $10,188.66 |
| Hours(Extra Check Eligibility) | 6799.54 |  |  |  |  |  |  |  |  |
| Hours Until Next Goal Raise | 720.54 |  |  |  |  |  |  |  |  |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $89.16 |  |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $356.65 |  |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,337.45 |  |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**  03/22/2024  - Biweekly

**Federal EIN**  91-1223280  Costco Wholesale Corporation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name** | GALIP GULSAN | **Payroll Area** | US | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| **Address** | 23 WHITE SPURCE LN | **Pay Period** | 03/04/2024 | 03/17/2024 | Federal | FED | Ma. Joint. | 00 | 0.00 |
| | LEVITTOWN PA 19054 | **Department** | 0072 | Truck Driver | Primary State | NJ | Married | 02 | 0.00 |
| | | **Location** | 00000175 | | Secondary State | PA | Married | 02 | 0.00 |
| **Employee #** | 06441052 - (Hourly) | **Pay Date** | 03/22/2024 | | Local | PA7K | Single | 02 | 0.00 |
| **Job Title** | CLASS A DRIVER | | | | | | | | |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked**  83.23     **Base Rate**  $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 64.00 | $1,952.00 | 360.00 | $10,924.00 |
| Holiday Pay | | | | 24.00 | $716.00 |
| Overtime | | | | 7.28 | $333.08 |
| Sunday Premium Pay | $45.75 | 16.00 | $732.00 | 96.00 | $4,368.00 |
| Sunday Overtime | $45.75 | 3.23 | $147.78 | 7.39 | $336.18 |
| Emp Non-Tax Reimburse | | | | | $75.00 |
| **Total Current Payments** | | 83.23 | **$2,831.78** | 494.67 | **$16,752.26** |
| **Total Payments** | | 83.23 | **$2,831.78** | 494.67 | **$16,752.26** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $141.59 | $722.93 |
| FT EE Aetna Select | $80.00 | $480.00 |
| Network Dental | $12.00 | $72.00 |
| **Total Pre Tax Deductions** | **$233.59** | **$1,274.93** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal**  FED | | | | |
| TX Withholding Tax | $2,602.45 | $159.60 | $15,427.29 | $935.12 |
| TX EE Social Security Tax | $2,744.04 | $170.13 | $16,150.22 | $1,001.31 |
| TX EE Medicare Tax | $2,744.04 | $39.79 | $16,150.22 | $234.18 |
| **New Jersey**  NJ | | | | |
| TX EE Unemployment Tax | $2,836.04 | $10.85 | $16,702.22 | $63.89 |
| TX EE Workforce Devlpmt T | $2,836.04 | $1.21 | $16,702.22 | $7.10 |
| TX EE Disability Tax | $2,836.04 | | $16,702.22 | |
| TX EE Family Leave Insur | | $2.55 | | $15.03 |
| **Pennsylvania**  PA | | | | |
| TX Withholding Tax | $2,739.78 | $84.11 | $16,125.26 | $495.04 |
| **Bristol Township**  PA7K | | | | |
| TX Withholding Tax | $2,739.78 | $13.70 | $16,125.26 | $80.62 |
| **Total Taxes** | | **$481.94** | | **$2,832.29** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $283.18 | $558.31 |
| **Total After Tax Deductions** | **$283.18** | **$623.31** |
| **Net Payment** | **$1,833.07** | **$12,021.73** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $24.96 |
| **Total Other Benefits** | **$4.26** | **$24.96** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | | | 8.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 70.28 | 3.24 | | 73.52 |
| Vacation | 40.00 | | | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,831.78 | | $233.59 | | $481.94 | | $283.18 | | $1,833.07 |
| YTD | $16,752.26 | | $1,274.93 | | $2,832.29 | | $623.31 | | $12,021.73 |
| Hours(Extra Check Eligibility) | 6716.31 | | | | | | | | |
| Hours Until Next Goal Raise | 637.31 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $91.65 | |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $366.61 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,374.81 | |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**    04/05/2024 - Biweekly

**Federal EIN**    91-1223280    Costco Wholesale Corporation

| Name | GALIP GULSAN | Payroll Area | US | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 23 WHITE SPURCE LN | Pay Period | 03/18/2024 | 03/31/2024 | Federal | FED | Ma. Joint. | 00 | 0.00 |
|  | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver | Primary State | NJ | Married | 02 | 0.00 |
|  |  | Location | 00000175 |  | Secondary State | PA | Married | 02 | 0.00 |
| Employee # | 06441052 - (Hourly) | Pay Date | 04/05/2024 |  |  |  |  |  |  |
| Job Title | CLASS A DRIVER |  |  |  |  |  |  |  |  |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 72.95    **Base Rate** $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 64.00 | $1,952.00 | 424.00 | $12,876.00 |
| Holiday Pay | $30.50 | 8.00 | $244.00 | 32.00 | $960.00 |
| Overtime | $45.75 | 0.95 | $43.46 | 8.23 | $376.54 |
| Sunday Premium Pay | $45.75 | 8.00 | $366.00 | 104.00 | $4,734.00 |
| Sunday Overtime |  |  |  | 7.39 | $336.18 |
| Emp Non-Tax Reimburse |  |  |  |  | $75.00 |
| **Total Current Payments** |  | 80.95 | **$2,605.46** | 575.62 | **$19,357.72** |
| **Total Payments** |  | 80.95 | **$2,605.46** | 575.62 | **$19,357.72** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $130.27 | $853.20 |
| FT EE Aetna Select | $80.00 | $560.00 |
| Network Dental | $12.00 | $84.00 |
| **Total Pre Tax Deductions** | **$222.27** | **$1,497.20** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal    FED** |  |  |  |  |
| TX Withholding Tax | $2,387.45 | $133.80 | $17,814.74 | $1,068.92 |
| TX EE Social Security Tax | $2,517.72 | $156.10 | $18,667.94 | $1,157.41 |
| TX EE Medicare Tax | $2,517.72 | $36.51 | $18,667.94 | $270.69 |
| **New Jersey    NJ** |  |  |  |  |
| TX EE Unemployment Tax | $2,609.72 | $9.98 | $19,311.94 | $73.87 |
| TX EE Workforce Devlpmt T | $2,609.72 | $1.11 | $19,311.94 | $8.21 |
| TX EE Disability Tax | $2,609.72 |  | $19,311.94 |  |
| TX EE Family Leave Insur |  | $2.35 |  | $17.38 |
| **Pennsylvania    PA** |  |  |  |  |
| TX Withholding Tax | $2,513.46 | $77.16 | $18,638.72 | $572.20 |
| **Bristol Township    PA7K** |  |  |  |  |
| TX Withholding Tax | $2,513.46 | $12.57 | $18,638.72 | $93.19 |
| **Total Taxes** |  | **$429.58** |  | **$3,261.87** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving |  | $65.00 |
| Orders | $260.55 | $818.86 |
| **Total After Tax Deductions** | **$260.55** | **$883.86** |
| **Net Payment** | **$1,693.06** | **$13,714.79** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $29.22 |
| **Total Other Benefits** | **$4.26** | **$29.22** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 |  |  | 8.00 |
| Sick Time | 22.06 |  |  | 22.06 |
| Sick and Personal | 73.52 | 3.02 |  | 76.54 |
| Vacation | 40.00 |  |  | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,605.46 |  | $222.27 |  | $429.58 |  | $260.55 |  | $1,693.06 |
| YTD | $19,357.72 |  | $1,497.20 |  | $3,261.87 |  | $883.86 |  | $13,714.79 |
| Hours(Extra Check Eligibility) | 6635.36 |  |  |  |  |  |  |  |  |
| Hours Until Next Goal Raise | 556.36 |  |  |  |  |  |  |  |  |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $84.65 |  |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $338.61 |  |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,269.80 |  |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**  04/19/2024  - Biweekly

**Federal EIN**  91-1223280  Costco Wholesale Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | GALIP GULSAN | **Payroll Area** | US | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** / **Allowances** / **Addl. Amt.** |
| **Address** | 23 WHITE SPURCE LN | **Pay Period** | 04/01/2024 | 04/14/2024 | Federal | FED | Ma. Joint. / 00 / 0.00 |
| | LEVITTOWN PA 19054 | **Department** | 0072 | Truck Driver | Primary State | NJ | Married / 02 / 0.00 |
| | | **Location** | 00000175 | | Secondary State | PA | Married / 02 / 0.00 |
| **Employee #** | 06441052 - (Hourly) | **Pay Date** | 04/19/2024 | | Local | PA7K | Single / 02 / 0.00 |
| **Job Title** | CLASS A DRIVER | | | | | | |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 102.90   **Base Rate** $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 80.00 | $2,440.00 | 504.00 | $15,316.00 |
| Holiday Pay | | | | 32.00 | $960.00 |
| Overtime | $45.75 | 13.40 | $613.06 | 21.63 | $989.60 |
| Sunday Premium Pay | | | | 104.00 | $4,734.00 |
| Sunday Overtime | $45.75 | 9.50 | $434.63 | 16.89 | $770.81 |
| Emp Non-Tax Reimburse | | | | | $75.00 |
| **Total Current Payments** | | 102.90 | **$3,487.69** | 678.52 | **$22,845.41** |
| **Total Payments** | | 102.90 | **$3,487.69** | 678.52 | **$22,845.41** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $174.38 | $1,027.58 |
| FT EE Aetna Select | $80.00 | $640.00 |
| Network Dental | $12.00 | $96.00 |
| **Total Pre Tax Deductions** | **$266.38** | **$1,763.58** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal  FED | | | | |
| TX Withholding Tax | $3,225.57 | $234.38 | $21,040.31 | $1,303.30 |
| TX EE Social Security Tax | $3,399.95 | $210.80 | $22,067.89 | $1,368.21 |
| TX EE Medicare Tax | $3,399.95 | $49.29 | $22,067.89 | $319.98 |
| New Jersey  NJ | | | | |
| TX EE Unemployment Tax | $3,491.95 | $13.35 | $22,803.89 | $87.22 |
| TX EE Workforce Devlpmt T | $3,491.95 | $1.48 | $22,803.89 | $9.69 |
| TX EE Disability Tax | $3,491.95 | | $22,803.89 | |
| TX EE Family Leave Insur | | $3.14 | | $20.52 |
| Pennsylvania  PA | | | | |
| TX Withholding Tax | $3,395.69 | $104.25 | $22,034.41 | $676.45 |
| Bristol Township  PA7K | | | | |
| TX Withholding Tax | $3,395.69 | $16.98 | $22,034.41 | $110.17 |
| **Total Taxes** | | **$633.67** | | **$3,895.54** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $348.77 | $1,167.63 |
| **Total After Tax Deductions** | **$348.77** | **$1,232.63** |
| **Net Payment** | **$2,238.87** | **$15,953.66** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $33.48 |
| **Total Other Benefits** | **$4.26** | **$33.48** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | | | 8.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 76.54 | 3.83 | | 80.37 |
| Vacation | 40.00 | | | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $3,487.69 | | $266.38 | | $633.67 | | $348.77 | | $2,238.87 |
| YTD | $22,845.41 | | $1,763.58 | | $3,895.54 | | $1,232.63 | | $15,953.66 |
| Hours(Extra Check Eligibility) | 6532.46 | | | | | | | | |
| Hours Until Next Goal Raise | 453.46 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $111.94 | |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $447.77 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,679.16 | |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**    05/03/2024 - Biweekly

**Federal EIN**    91-1223280    Costco Wholesale Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | GALIP GULSAN | **Payroll Area** | US | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| **Address** | 23 WHITE SPURCE LN | **Pay Period** | 04/15/2024 | 04/28/2024 | Federal | FED | Ma. Joint. | 00 | 0.00 |
| | LEVITTOWN PA 19054 | **Department** | 0072 | Truck Driver | Primary State | NJ | Married | 02 | 0.00 |
| | | **Location** | 00000175 | | Secondary State | PA | Married | 02 | 0.00 |
| **Employee #** | 06441052 - (Hourly) | **Pay Date** | 05/03/2024 | | | | | | |
| **Job Title** | CLASS A DRIVER | | | | | | | | |

**Messages**
If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked**   107.46    **Base Rate**   $30.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $30.50 | 80.00 | $2,440.00 | 584.00 | $17,756.00 |
| Holiday Pay | | | | 32.00 | $960.00 |
| Overtime | $45.75 | 21.63 | $989.58 | 43.26 | $1,979.18 |
| Sunday Premium Pay | | | | 104.00 | $4,734.00 |
| Doubletime | $61.00 | 0.50 | $30.50 | 0.50 | $30.50 |
| Sunday Overtime | $45.75 | 5.33 | $243.85 | 22.22 | $1,014.66 |
| Emp Non-Tax Reimburse | | | | | $75.00 |
| **Total Current Payments** | | 107.46 | **$3,703.93** | 785.98 | **$26,549.34** |
| **Total Payments** | | 107.46 | **$3,703.93** | 785.98 | **$26,549.34** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $185.20 | $1,212.78 |
| FT EE Aetna Select | $80.00 | $720.00 |
| Network Dental | $12.00 | $108.00 |
| **Total Pre Tax Deductions** | **$277.20** | **$2,040.78** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal     FED** | | | | |
| TX Withholding Tax | $3,430.99 | $259.03 | $24,471.30 | $1,562.33 |
| TX EE Social Security Tax | $3,616.19 | $224.20 | $25,684.08 | $1,592.41 |
| TX EE Medicare Tax | $3,616.19 | $52.44 | $25,684.08 | $372.42 |
| **New Jersey     NJ** | | | | |
| TX EE Unemployment Tax | $3,708.19 | $14.19 | $26,512.08 | $101.41 |
| TX EE Workforce Devlpmt T | $3,708.19 | $1.58 | $26,512.08 | $11.27 |
| TX EE Disability Tax | $3,708.19 | | $26,512.08 | |
| TX EE Family Leave Insur | | $3.34 | | $23.86 |
| **Pennsylvania     PA** | | | | |
| TX Withholding Tax | $3,611.93 | $110.89 | $25,646.34 | $787.34 |
| **Bristol Township     PA7K** | | | | |
| TX Withholding Tax | $3,611.93 | $18.06 | $25,646.34 | $128.23 |
| **Total Taxes** | | **$683.73** | | **$4,579.27** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $370.39 | $1,538.02 |
| **Total After Tax Deductions** | **$370.39** | **$1,603.02** |
| **Net Payment** | **$2,372.61** | **$18,326.27** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $4.26 | $37.74 |
| **Total Other Benefits** | **$4.26** | **$37.74** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | | | 8.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 80.37 | 3.93 | | 84.30 |
| Vacation | 40.00 | | | 40.00 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $3,703.93 | | $277.20 | | $683.73 | | $370.39 | | $2,372.61 |
| YTD | $26,549.34 | | $2,040.78 | | $4,579.27 | | $1,603.02 | | $18,326.27 |
| Hours(Extra Check Eligibility) | 6425.00 | | | | | | | | |
| Hours Until Next Goal Raise | 346.00 | | | | | | | | |

| Check/Transfer Information | | | | | |
|---|---|---|---|---|---|
| **Bank Routing #** | **Bank Name** | **Account/Check No.** | **Payment Method** | **Amount** | **Replacement Check Date** |
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $118.63 | |
| 036002247 | Fulton Bank National Association | ....6116 | Direct Deposit | $474.52 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,779.46 | |