United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-11886-pmm
Sedef Gulsan  Chapter 13
Galip Gulsan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 5
Date Rcvd: Nov 07, 2024  Form ID: pdf900  Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sedef Gulsan, Galip Gulsan, 23 White Spruce Ln, Levittown, PA 19054-3103 |
| 14905589 | + | Bucks County Tax Claim Bureau, c/o KELLY LYN EBERLE, Grim Biehn & Thatcher, 104 S. 6th Street, Perkasie, PA 18944-1353 |
| 14893583 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14905588 | + | Bucks County Tax Claim Bureau, c/o MICHAEL KEVIN MARTIN, Grim, Biehn & Thatcher, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14893584 | | Bucks County Water & Sewer Authority, Attn: Bankruptcy, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 14924199 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14893596 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 14908209 | + | Eagle Rock Associates, c/o Michael J. Filippis, Esquire, 276 Broad Street, Suite 1, Bllomfield, NJ 07003-3292 |
| 14893597 | | Eagle Rock Associates, LLC, 1 Zachary Ln, Trenton, NJ 08620-2819 |
| 14893598 | | Falls Township Tax Collector, 188 Lincoln Hwy, Fairless Hls, PA 19030-1016 |
| 14893608 | | Law Office of Michael J. Filippis, LLC, Attn: Bankruptcy, 276 Broad St Ste 1, Bloomfield, NJ 07003-3292 |
| 14893611 | + | Merchant One, 524 Arthur Godfrey Suite 300, Miami Beach, FL 33140-3528 |
| 14893614 | + | Pennsbury School District, 134 Yardley Ave, Levittown, PA 19054-1194 |
| 14893622 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14893623 | | Superior Court of New Jersey, Mercer County, Attn: Bankruptcy, 175 S Broad St, Trenton, NJ 08608-2401 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 07 2024 23:51:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14893580 | | Email/Text: cs@aldouslegal.com | Nov 07 2024 23:51:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 14893581 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 07:52:43 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14893582 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 07 2024 23:51:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14893592 | | Email/Text: cfcbackoffice@contfinco.com | Nov 07 2024 23:51:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14893585 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14893586 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 23:56:06 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14893589 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 07 2024 23:51:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview |

| | | | |
|---|---|---|---|
| | | | Blvd, Exton, PA 19341-1119 |
| 14893590 | Email/Text: bknotice@raslavrar.com | Nov 07 2024 23:51:00 | Citibank N.A., c/o RAS LaVrar, LLC, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 14898373 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 23:56:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14893591 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 23:55:52 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14893593 | Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2024 23:55:39 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14893594 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 23:55:40 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14897429 | + Email/Text: EBN@brockandscott.com | Nov 07 2024 23:51:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14893595 | Email/Text: mrdiscen@discover.com | Nov 07 2024 23:51:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14904698 | Email/Text: mrdiscen@discover.com | Nov 07 2024 23:51:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14893599 | Email/Text: BNSFN@capitalsvcs.com | Nov 07 2024 23:51:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14893600 | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 07 2024 23:51:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14893601 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 07 2024 23:56:06 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14893602 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 07 2024 23:51:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14893603 | Email/Text: bankruptcy.notices@hdfsi.com | Nov 07 2024 23:51:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 14893604 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2024 23:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893587 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 14893588 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 07 2024 23:55:51 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14893605 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 07 2024 23:51:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14893606 | + Email/Text: EBNBKNOT@ford.com | Nov 07 2024 23:51:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14893607 | Email/Text: PBNCNotifications@peritusservices.com | Nov 07 2024 23:51:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14896438 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:56:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893609 | Email/Text: EBNBKNOT@ford.com | Nov 07 2024 23:51:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 14893610 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:55:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14897843 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 23:55:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 24-11886-pmm    Doc 31    Filed 11/09/24    Entered 11/10/24 00:33:47    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: pdf900 | Total Noticed: 77 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14893613 | | Email/Text: ml-ebn@missionlane.com | Nov 07 2024 23:51:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14893620 | | Email/Text: cscommunications@mrvbanks.com | Nov 07 2024 23:51:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14912236 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 23:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14893612 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 23:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14893615 | | Email/Text: fesbank@attorneygeneral.gov | Nov 07 2024 23:51:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14893618 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 07 2024 23:51:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14913785 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 07 2024 23:51:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14897430 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 07 2024 23:51:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14914126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 23:55:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14893616 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14894282 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14893617 | ^ | MEBN | Nov 07 2024 23:49:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14898625 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2024 23:51:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14893619 | | Email/Text: bknotice@raslavrar.com | Nov 07 2024 23:51:00 | RAS LaVrar, LLC, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 14912966 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:55:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893621 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 07 2024 23:51:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14893624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:56:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893625 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893626 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2024 00:07:53 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893627 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893628 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893629 | | Email/Text: famc-bk@1stassociates.com | Nov 07 2024 23:51:00 | Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 14893630 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 07 2024 23:51:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14909267 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

Case 24-11886-pmm    Doc 31    Filed 11/09/24    Entered 11/10/24 00:33:47    Desc Imaged
                           Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: pdf900 | Total Noticed: 77 |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 07 2024 23:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14893631 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 07 2024 23:51:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14893632 | ^ MEBN | Nov 07 2024 23:49:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14893633 | Email/Text: dispute@velocityrecoveries.com | Nov 07 2024 23:51:00 | Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719 |
| 14893634 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 07 2024 23:51:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |
| 14893635 | ^ MEBN | Nov 07 2024 23:49:04 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 14893636 | + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Nov 07 2024 23:51:00 | Yamaha Financial Services, Attn: Bankruptcy 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14897432 |  | *CID1189228* *DID200399*, BarNumber:84439 |
| 14897431 |  | 24-16125 BKPOC01 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK |  |

| | |
| --- | --- |
| | on behalf of Debtor Sedef Gulsan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | |
| | on behalf of Joint Debtor Galip Gulsan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL KEVIN MARTIN | |
| | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

Case 24-11886-pmm    Doc 31    Filed 11/09/24    Entered 11/10/24 00:33:47    Desc Imaged
Certificate of Notice    Page 5 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>SEDEF GULSAN<br>GALIP GULSAN<br><br>Debtors. | Chapter 13<br><br>Bankruptcy No. 24-11886-PMM |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**November 7, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**